No. 94–9541. PINTO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9542. MICOU *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–9543. FRANCISCO MUNOZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9544. CURTIS *v.* KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 94–9545. BARNES *v.* BOROUGH OF POTTSTOWN, PENNSYLVANIA, ET AL. (two judgments). C. A. 3d Cir. Certiorari denied.

No. 94–9546. JONES *v.* THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 94–9547. JAMES *v.* RUNYON, POSTMASTER GENERAL. C. A. 2d Cir. Certiorari denied.

No. 94–9548. KELLEY *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 94–9549. JONES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9550. McGINNIS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–9551. TAYLOR *v.* WALTER ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–9552. HOLT *v.* CAMPBELL, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–9553. ETEMAD *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9554. GREEN *v.* CARVER STATE BANK. C. A. 11th Cir. Certiorari denied.

No. 94–9555. WILSON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.